IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BILAL HASHIM, | ) |
|           Plaintiff, | ) |
|   v. | ) Case No. 09-CV-00241-C |
| ERIC H. HOLDER, JR., | ) |
|   U.S. Attorney General, | ) |
| JANET NAPOLITANO, | ) |
|   Secretary of the Department of Homeland | ) |
|   Security, | ) |
| MICHAEL AYTES, | ) |
|   Acting Deputy Director of the United | ) |
|   States Citizenship and Immigration, | ) |
|   Services, | ) |
| RUTH DOROCHOFF, Chicago District | ) |
|   Director, United States Citizenship and | ) |
|   Immigration Services, | ) |
| KAY LEOPOLD, Milwaukee Field Office | ) |
|   Director, United States Citizenship and | ) |
|   Immigration Services, | ) |
| UNITED STATES CITIZENSHIP and | ) |
|   IMMIGRATION SERVICES. | ) |
|           Defendant. | ) |

## ORDER

For the reasons set forth in defendants' motion to remand, it is ORDERED, pursuant to 8 U.S.C. § 1447(b), that this matter is hereby remanded to the United States Citizenship and Immigration Services.  The agency is hereby instructed to adjudicate plaintiff's application for naturalization within 10 days from the date of this order.

Dated this __14th__ day of October 2009.

BY THE COURT:

*Barbara B Crabb*

BARBARA B. CRABB, JUDGE,
UNITED STATES DISTRICT COURT